UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EMILY BYRNE ) | Case No.  06-10594-cab |
| ) | *Chapter 7 Case* |
| Debtor. ) | |

# TRUSTEE'S STATUS REPORT
## June 2022

Now comes Raymond J. Obuchowski, Esq., Successor Chapter 7 Trustee, and submits his status report in the above referenced matter, as follows:

1. On December 5, 2018, a verdict in the civil action of *Emily Byrne v. Avery Center for Obstetrics and Gynecology, PC,* Connecticut Superior Court, Docket No. FBT CV 07-6001633 was entered in the sum of $853,000.00 and Judgment on September 3, 2019.

2. The matter has continued in post-trial proceedings and is presently on appeal, (AC 43413). The Connecticut Appellate Court ruled in the Debtor's favor, however the Defendant has now filed a Petition for Certiorari. Special Counsel will be responding, and expects a decision within 60 days after.

3. A status hearing is currently scheduled for July 19, 2022, which even if a decision is rendered on the Motion for Certiori, it is unlikely that even if the verdict stands in its entirety it is not likely that the Bankruptcy Estate will have received any funds as to proceed with completing administration.

4. The Trustee requests that the current status hearing for July 19, 2022 be rescheduled to a new date in not less than 120 days, which by that date the appeal may have been completed

or at least decision and opinion entered and further information as to administration of the judgment or collection thereon will be known.

**WHEREFORE** the Trustee respectfully requests the Court accept his Status report, and set such matter for further status at a period of not less than 4 months, and for such other and further relief as the Court deems just and proper.

DATED at Royalton, Vermont this 13th day of June 2022.

**BANKRUPTCY ESTATE OF EMILY BYRNE**

By: /s/ Raymond J. Obuchowski
Raymond J. Obuchowski, Esq.
Chapter 7 Trustee
PO Box 60
Bethel, Vermont 05031
(802) -234-6244
ray@oeblaw.com