UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EMILY BYRNE ) | Case No.  06-10594-cab |
| ) | *Chapter 7 Case* |
| Debtor. ) | |

**TRUSTEE'S STATUS REPORT**
November 3, 2022

Now comes Raymond J. Obuchowski, Esq., Successor Chapter 7 Trustee, and submits his status report in the above referenced matter, as follows:

1. On December 5, 2018, a verdict in the civil action of *Emily Byrne v. Avery Center for Obstetrics and Gynecology, PC,* Connecticut Superior Court, Docket No. FBT CV 07-6001633 was entered in the sum of $853,000.00 and Judgment on September 3, 2019.

2. A status hearing is currently scheduled for November 8, 2022, Special Counsel has received payment upon the Judgment above, and Counsel and the Trustee are in the process of reviewing the tax consequences of the recovery, which the Estate will be able to payment all allowed claims 100% with interest. The Trustee believes that the final report and account will be able to be filed in approximately 120 days following the submission of the Estate's tax returns with request for prompt determination pursuant to 11 U.S.C. §505(B); and submission of Special Counsel's Fee Application and allowance.

3. The Trustee requests that the current status hearing for November 8, 2022 be rescheduled to a new date in not less than 180 days, which by that date the final report is anticipated to have been filed.

**WHEREFORE** the Trustee respectfully requests the Court accept his Status report, and set such matter for further status at a period of not less than 6 months, and for such other and further relief as the Court deems just and proper.

DATED at Royalton, Vermont this 3${}^{th}$ day of November 2022.

                                                    **BANKRUPTCY ESTATE OF EMILY BYRNE**

By:    /s/ Raymond J. Obuchowski
          Raymond J. Obuchowski, Esq.
          Chapter 7 Trustee
          PO Box 60
          Bethel, Vermont   05031
          (802) -234-6244
          ray@oeblaw.com